UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ARTHUR RAY ROBINSON (#425796)                    CIVIL ACTION

VERSUS

SGT. WHEELER, ET AL.                             NO. 07-0896-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the defendants' motion for summary judgment[1] shall be granted, dismissing the plaintiff's claims for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e.

IT IS FURTHER ORDERED that the plaintiff's motion for summary judgment[2] shall be denied as moot.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 30, 2008.


_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1]   Rec. Doc. No. 13.

[2]   Rec. Doc. No. 21.

Doc#45452